# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 24-2761

CHRISTOPHER G. MASSEY
Appellant

v.

BOROUGH OF BERGENFIELD; ARVIN AMATORIO;
HERNANDEZ RIVERA; ORA KORNBLUTH;
RAFAEL MARTE; and BUDDY DEAUNA

(D.N.J. No. 2:20-cv-01942)

_____

SUR PETITION FOR REHEARING

_____

Present: CHAGARES, *Chief Judge*, HARDIMAN, SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, FREEMAN, MONTGOMERY-REEVES, CHUNG, BOVE and MASCOTT, *Circuit Judges* and SCIRICA,[*] *Senior Circuit Judge.*

The petition for rehearing on behalf of Appellees Borough of Bergenfield, Arvin Amatorio, Hernandez Rivera, Ora Kornbluth, Rafael Marte, and Buddy Deauna in the above-entitled case having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the judges of the circuit in regular service not having voted for rehearing, the petition for rehearing by the panel and the Court en banc, is denied.

---

[*] The vote of the Honorable Anthony J. Scirica, Senior Judge of the United States Court of Appeals for the Third Circuit, is limited to panel rehearing.

By the Court,

s/ Emil Bove
Circuit Judge

Dated: May 28, 2026
Tmm/cc: All Counsel of Record