# UNITED STATES COURT OF APPEALS FOR THE THRID CIRCUIT

## BILL OF COSTS

C.A. No. 24-2761

Caption: Christopher Massey v. Borough of Bergenfield, et al.

| Cost Taxable | AMOUNT REQUESTED | | | | | | | COST ALLOWED To be Completed by Clerk |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages per Copy | Cost per Page | Cost per Binding | Cost Per Cover | Sales Tax | Total Cost | Cost Allowed |
| Appeal/ Original Proceeding Fee | | | | | | | $605 | $600 |
| Brief | 9 | 98 | $.10 | $3.00 | | $20.82 | $136.02 | |
| Reply Brief | 9 | 28 | $.10 | $3.00 | | $4.18 | $56.38 | |
| Appendix | 6 | 907 | $.10 | $3.00 | | $34.81 | $615.01 | |
| Total | | | | | | | $1,412.41 | $1,407.41 |

Brief Produced by Reproduction: X

I, Dylan T. Hastings, do hereby declare under the penalty of perjury that the foregoing costs are true and correct and were necessarily and actually incurred in this action.

/s/ Dylan T. Hastings
Dylan T. Hastings, Esquire
**STROKOVSKY LLC**
1650 Market Street
Suite 3600
Philadelphia, PA 19103
215-557-0099

March 10, 2026
*Attorney for Plaintiff-Appellant*